■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN MONTES, Also Known as CARLOS GARCIA, Appellant. — Judgment rendered February 10, 1982 in Supreme Court, New York County (Peter McQuillan, J., at plea and sentence), convicting defendant of robbery in the first degree, unanimously affirmed. ¶ Appellant's ex post facto argument concerning section 70.06 of the Penal Law has recently been settled against him by the Court of Appeals (*People v Morse*, 62 NY2d 205). We have considered his other points and find them to be without merit. Concur — Carro, J. P., Asch, Bloom, Kassal and Alexander, JJ.